# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| INTERNATIONAL RV MANUFACTURING LLC, <br><br> Plaintiff, <br><br> v. <br><br> X-TREME OUTDOORS LLC, <br><br> Defendant. | CIVIL ACTION FILE NO: _____ <br><br> (Removed from the Superior Court of Sumter County) |

## DEFENDANT X-TREME OUTDOORS LLC'S NOTICE OF REMOVAL

TO: The Judges of the United States District Court, Middle District of Georgia, Albany Division.

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant X-treme Outdoors LLC ("X-treme"), by and through its undersigned counsel, hereby files this Notice of Removal, removing this action from the Superior Court of Sumter County, Georgia, to the United States District Court for the Middle District of Georgia, Albany Division. Removal is premised on the following grounds:

1

## STATEMENT OF FACTS

1.

On April 5, 2024, Plaintiff International RV Manufacturing LLC filed a Complaint against X-treme in the Superior Court of Sumter County, Georgia, Civil Action File No. 24CV00107(S) (the "Complaint").

2.

On May 10, 2024, the undersigned counsel for X-treme signed and returned a Waiver of Service of Summons to counsel for Plaintiff.

3.

Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and Waiver of Service are attached as Exhibits A, B, and C. A leave of absence filed by Plaintiff is attached as Exhibit D.

4.

To the undersigned's knowledge, no other pleadings or orders have been filed in this action to date.

### Diversity Jurisdiction

5.

Pursuant to 28 U.S.C. §1332(a), this Court has "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000,

exclusive of interest and costs, and is between (1) citizens of different States.. . .".

6.

Plaintiff is a limited liability company, organized and existing under the laws of the State of Georgia.  The members of Plaintiff and their respective citizenship is as follows: Plaintiff is owned by an individual, Geoffrey Hoffman, a Florida resident, and All Holder LP, a Delaware limited partnership.  All Holder LP is owned by Holder LTD LLC, a Delaware limited liability company; Derwood Littlefield, a Florida resident; Donovan Littlefield, a Tennessee resident; Arrianna Littlefield, a Tennessee resident; and Davin Littlefield, a Tennessee resident. Holder LTD LLC is owned by Derwood Littlefield and Geoffrey Hoffman.

7.

X-treme is a limited liability company that is organized and existing under the laws of Ohio.  The ultimate owners of X-treme are two individuals, Vikram Kaul and Yong Lee.  Mr. Kaul is a resident of Pennsylvania, and Mr. Lee is a resident of New York.

8.

Plaintiff's claims against X-treme seek damages in excess of $75,000, exclusive of interest and costs.

9.

More specifically, Plaintiff claims X-treme violated a Nondisclosure Agreement and misappropriated Plaintiff's alleged trade secrets by allegedly producing and marketing the Park Liner travel trailer using information which Plaintiff claims was disclosed to X-treme under the terms of the NDA.

10.

Plaintiff seeks actual losses as well as the alleged unjust enrichment to X-treme from its alleged use of Plaintiff's technology. [Complaint, ¶¶ 18, 21]. Plaintiff also seeks a reasonable royalty, injunctive relief, and attorneys' fees and costs. [*Id.*, ¶¶ 21, 24, 28].

11.

While Plaintiff does not specify its alleged damages in the Complaint, based on the anticipated number of sales of the tractor trailers at issue as well as the profit margins to both Plaintiff and X-treme from those sales, upon information and belief, the amount which Plaintiff seeks to recover, coupled with the value of the injunctive relief sought by Plaintiff, is well in excess of $75,000. *See generally*, *Cornelius v. Damyan*, No. 5:22-CV-00017-TES, 2022 WL 738738, at *1 (M.D. Ga. Mar. 11, 2022) ("To ascertain whether an action meets the amount-in-controversy jurisdictional requirement, the Court may 'make 'reasonable deductions, reasonable

inferences, or other reasonable extrapolations' from the pleadings' and should use 'judicial experience and common sense,' rather than 'suspend reality.'" (quoting *Roe v. Michelin N. Am., Inc.*, 613 F3d 1058, 1061–62 (11th Cir. 2010)); *Parker v. Progressive Mountain Ins. Co.*, No. 5:20-CV-00202-TES, 2020 WL 4001004, at *2 (M.D. Ga. July 15, 2020).

12.

Moreover, there is first-filed, companion litigation in Ohio initiated by X-treme against Plaintiff and its counsel. That lawsuit is based on Plaintiff and its counsel's interference with X-treme's relationships with its dealers by erroneously and maliciously communicating to those dealers that X-treme is violating Plaintiff's intellectual property rights and by inducing those dealers to cease their business relationships with X-treme. Plaintiff itself contends the amount in controversy in this sister dispute exceeds $75,000, which further evidences that the amount in controversy in this dispute similarly exceeds $75,000. [*See* Notice of Removal, *X-Treme Outdoors LLC et al., v. International RV Manufacturing, LLC, et al.*, No. 5:24-cv-00849 (N.D. Oh. May 10, 2024) (attached as Exhibit E)].

13.

Based upon the foregoing, this Court has original jurisdiction over the Complaint under 28 U.S.C. § 1332. There is complete diversity between Plaintiff

and X-treme, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## **Removal is Timely and Venue is Proper**

14.

X-treme waived service of the Complaint on May 10, 2024.

15.

As X-treme has filed this Notice within thirty (30) days from waiving service, removal is timely under 28 U.S.C. § 1446(b)(1). *Brown v. Macon-Bibb Cnty. Plan. & Zoning Comm'n*, No. CIVA 507-CV-00161-HL, 2007 WL 2212659, at *2 (M.D. Ga. July 30, 2007); *see also Gipson v. Fountain*, No. 1:17-CV-3061-SCJ, 2017 WL 9882670, at *2 (N.D. Ga. Oct. 23, 2017).

13.

Because the Complaint is currently pending before the Superior Court of Sumter County, Georgia, this district is the proper venue for the action upon removal under 28 U.S.C. § 1441(a).

## **Conclusion**

Wherefore, X-treme hereby files this Notice of Removal and removes this action from the Superior Court of Sumter County, Georgia, to this Court. By notification attached hereto as Exhibit F, X-treme shall notify Plaintiff, through its

counsel, and the Clerk of the Superior Court of Sumter County of its filing of this Notice of Removal in accordance with 28 U.S.C. § 1446(d).

Respectfully submitted, this the 7th day of June, 2024.

                                      BERMAN FINK VAN HORN P.C.

                                      */s/ Neal F. Weinrich*
                                      Neal F. Weinrich
                                      Georgia Bar No. 294586
                                      3475 Piedmont Road, N.E.
                                      Suite 1640
                                      Atlanta, Georgia 30305
                                      (404) 261-7711
                                      nweinrich@bfvlaw.com

                                      *Counsel for Defendant*
                                      *X-treme Outdoors LLC*

## CERTIFICATE OF SERVICE

I certify that, on June 7, 2024, I electronically filed the foregoing **DEFENDANTS' NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system and a copy sent by email to the following attorney of record:

Paul A. Brytus, Esq.
4100 US Highway 1
Edgewater, FL 32141
pbrytus@fdmrv.com

BERMAN FINK VAN HORN P.C.

By: */s/ Neal F. Weinrich*
    Neal F. Weinrich
    Georgia Bar No. 294586

3475 Piedmont Road, NE    COUNSEL FOR DEFENDANT
Suite 1640                X-TREME OUTDOORS LLC
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Facsimile)